UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VICKIE WALLACE,

          Plaintiff,

v.                                 Case No. 15-11839

COMMISSIONER OF SOCIAL SECURITY,

          Defendant.
                                       /

**JUDGMENT**

In accordance with the court's "Opinion and Order (1) Overruling Plaintiff's Objections; (2) Adopting the Magistrate Judge's Report and Recommendation; (3) Denying Plaintiff's Motion for Summary Judgment; and (4) Granting Defendant's Motion for Summary Judgment" dated August 19, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security and against Plaintiff Vickie Wallace. Dated at Detroit, Michigan, this 19th day of August 2016.

                                                  DAVID J. WEAVER
                                                  CLERK OF THE COURT

                                                  S/ Lisa Wagner
                                         By:  Lisa Wagner, Case Manager
                                             to Judge Robert H. Cleland